# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 06/28/2019 |
| Case: 8−19−73704−ast | Form ID: 178 | Total: 19 |

**Recipients of Notice of Electronic Filing:**
| | | | |
|---|---|---|---|
| tr | Marc A Pergament | mpergament@wgplaw.com | |
| aty | Arthur I Blutter | ablutter@aol.com | |
| aty | Marc A Pergament | mpergament@wgplaw.com | |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Patricia Cremin | 10 Biscayne Drive | Mount Sinai, NY 11766 | | |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | NYC Department of Finance | 345 Adams Street | Office of Legal Affairs | Brooklyn, NY 11201−3719 | |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza | Central Islip, NY 11722−4437 |
| 9557874 | Ally Auto | PO Box 380901 | Minneapolis, MN 55458 | | |
| 9557875 | Chase Card Services | Attn: Bankruptcy | Po Box 15298 | Wilmington, DE 19850 | |
| 9557876 | Fein Such & Crane | 1400 Old Country Road | Suite C103 | Westbury, NY 11590 | |
| 9580646 | Kohl's | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355−0701 | |
| 9557877 | Kohls/Capital One | PO Box 3115 | Milwaukee, WI 53201 | | |
| 9557878 | Macys | PO Box 9001108 | Louisville, KY 40290 | | |
| 9557879 | Macys/DSNB | 911 Buke Blvd | Mason, OH 45040 | | |
| 9557880 | Mr. Cooper | Attn: Bankruptcy | 8950 Cypress Waters Blvd | Coppell, TX 75019 | |
| 9560973 | Nationstar Mortgage LLC d/b/a Mr. Cooper | Fein, Such & Crane, LLP | 1400 Old Country Road | Suite C103 | Westbury, NY 11590 |
| 9557882 | TD Bank USA/Target Credit | 7000 Target Parkway N | Mail Stop NCD−0450 | Brooklyn Park, MN 55440−4301 | |
| 9557881 | Target Card Services | PO Box 5329 | Sioux Falls, SD 57117 | | |

TOTAL: 16